1

3:23-cv-45-MMH-JBT

FILED 2023 JAN 12 PM 1:56 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLA JACKSONVILLE, FLORIDA

State of Florida
v.
Danny Richard Dustin

Case:
CC Case: 2020-CF-0426

Franks Violation

"Federal Claim"
2241 Pretrial Habeas
Unreasonable Seizure By Way
of Reckless Omissions and False
Statements
on Arrest Affidavit

In 1978, the Supreme Court confirmed that knowingly omitting facts and including false statements in an arrest affidavit violates a defendant's Constitutional Right to be free from unreasonable seizures if those reckless omissions and false statements were used to determine probable cause.

"Arrest warrant affiants violate the Fourth Amendment when they knowingly, or with reckless disregard for the truth, include "false statements" in the affidavit, or knowingly or "recklessly omit" from an arrest affidavit information which, if included, would have vitiated probable cause." (quoting Franks V. Delaware, 438 U.S. 154, 155-56, 98 S.Ct. 2674, 57 L. Ed. 2d 667 (1978)

2.

## Brief (Franks Violation)

*Sabatoges my 776.013 Self defense immunity Claim with reckless lies!!*

On March 8, 2020, after a 3-hr interview with Detective Fryer and Detective Anderson, Det. Anderson did knowingly, intentionally, and with reckless disregard for the truth alter and fabricate my "confession" with "insidious intent" and "bad faith" to frame me for murder and send me to prison for the rest of my life.

Detective Anderson also fabricates the evidence by completely lying about how many times my father, Richard Dustin was stabbed and includes the completely false statement that Richard Dustin was stabbed multiple times in the back.

Detective Anderson then continues the deliberate deception by falsely claiming my father was attacked in his recliner when he was defenseless, totally disregarding my injuries and defense wounds that were clearly done with a knife and with absolute disregard to the medical examiner report that clearly states all the wounds my father sustained came horizontally and none of his injuries had a vertical downward departure to suggest he was sitting down, and attacked by a standing opponent.

Last, Detective Anderson 100% false claims that I stated "there is no way that's self-defense..." to deliberately sabatoge my chance of S-defense immunity

3.
## False Reporting - Franks Violation

I have included the 3 page arrest report and discovery exhibits in chronological order as the falsehoods appear on the police report:

1. Anderson lies about how many times Richard Dustin was stabbed in the head/neck area to heighten the impact of the situation. (13 stabs! Not over 20".)
2. Anderson lies about Richard Dustin being stabbed multiple times in the back to show I was on a rampage and had indifference to human life.
3. Anderson lies about Richard Dustin being attacked in the recliner when he was defenseless and crawling on the floor being stabbed until he succumbed to his injuries with total reckless disregard for the truth when he knew I was stabbed and had multiple defense wounds.
4. Anderson fabricates my confession by stating I said, "I got mad and knocked him down," when I told Detectives, "Richard Dustin attacked me by the freezer and I knocked him down," to show a false claim of "ill will, spite, or hatred."
5. Anderson then fabricates my confession by omitting me getting stabbed before I "fell" on top of him and reckless omits Richard Dustin getting the second knife to falsely show that I attacked my father when he was defenseless!!

# DISCOVERY
## Exibit Evidence

4

Exhibit 1: Is the medical examiner report which shows Detective Anderson recklessly exaggerates about how many times Richard Dustin was stabbed in the neck and head area, (13 times, not "over twenty times") and shows absolutely no stab wounds in the back.

Exhibit 2: Is the crime scene photo report by J.A. Morgan and he reports only one "laceration to back shoulder" when photographing the back torso. (But doesn't exist on Medical Examiner's report)

These two exhibits show from the start Anderson is willing to lie on an official document that is sworn to be true and was used by the Judge to determine probable cause and frame me for murder by lying about how many times my father was stabbed and where he was stabbed to show "evil intent" and "indifference to human life."

Exhibit 3: Medical Examiner Report to W.J. Smit which also has no stab wounds in the back, and clearly states "all stab wounds were straight into the decedent... all wounds appeared to enter the decedent horizontally." And lacked

5.

the vertical decline of a sitting target that was attacked by a standing opponent. The report states that the Medical Examiner could not tell if the decedent was standing up or lying down, but leaves out the possibility that he was sitting down, because there was no downward departure on any of the stab wounds.

Exhibit 4: Is J.A. Morgan's photo report of the blood splatter on the chair, and there was absolute no blood stains on the arm or the back right side of the chair to suggest he was stabbed while sitting down. (Exhibit 5: Shows all stabs to the neck and head came from the right side (My Right, His Left))

Exhibit 6: Is my sworn statement that I did not say anything about "self-defense or rage" or "that I got mad, knocked him down, got on top of him, he grabbed the knife, but I got the knife away from him and started stabbing him, but must of blacked out." (Both these statements are completely reckless fabricated lies)

Exhibit 7: Is a list of my defense wounds and injuries that Detective Anderson calls "minor" and proves I was attacked with a

6.

knife and had multiple lacerations to the left hand (definite defense wounds).

Detective Anderson also states the laceration between my thumb and index finger is from the knife slipping through my hand and cutting me. If you look at Exhibit 5(c) under ⑬ you will see Richard Dustin also has the same injury to his thumb and index finger to suggest the knife slipping. (Anderson also lies about my my hand needing one stitch when Exhibit 7, shows I had multiple stitches)

Materiality depends on whether the affidavit demonstrates probable cause when the lies are taken out and the exculpatory evidence is added in. Because it is clearly established that it violates the Fourth Amendment "to use deliberately falsified allegations to demonstrate probable cause." Franks V. Delaware, 438 U.S. 154, 168, 98 S. Ct. 2674, 57 L. Ed. 2d 667 (1978)

"An arrest without probable cause violates the Fourth Amendment. Likewise, knowingly or recklessly making false statements about probable cause in an affidavit... is unconstitutional." Paul V. City of Parker FL Police Dep't, 383 Fed Appx. 835 (11TH Cir. 2010)

7. (Was Not Attack In Recliner)

I can fully understand a few mistakes, but this is an outrageous framing with reckless and intentional disregard for the truth and is a "life sentencing" false allegation.

Detective Anderson fabricates the report that, "T Scene revealed RD was sitting in the recliner when th stabbing began. RD attempted to get away from DD and fell to the floor. RD crawled on the floor while still being stabbed by DD until he finally succumbed to hi injuries..."

Anderson knew this was an absolute lie when he wrote it and any reasonable officer could have looked at the location of the stab wounds and known the lack of blood stains on the chair did not match. Also I had a stab wound and multip lacerations that proves beyond a shadow of a doubt that my father attacked me with a knife. Not to mention my other injuries and being found covered in blood! And taken to ICU for two days and treated for this physically and mentally traumatic event. (His DNA on Knives)

When the lies are removed and the omitted truth added back to the report, this arrest report will lack "evil intent" and "indifference to human life" because I never stabbed my father when he was defenseless and I was defending my own life. (Self-defense)(776.012)

8.

My father, Richard Dustin was over 310 pounds and was top heavy. The only blood found to even suggest he was attacked in the chair was a stain toward the very front middle, which Detectives suggested, "when he lean forward after being stabbed, the blood dripped between his legs before he tried to get out of the recliner."

Not only was all the stab wounds to his left side (my right because I'm right handed) and no blood was found on this side of the chair, but my father had to slide to the edge of the chair to get his feet under him to get up out of the recliner because of his weight. (Blood would have been smeared.)

Also his belly hung way far out and would have caught any blood that dripped from his neck or head, before it touched the chair and he was wearing a shirt that would have soaked up the blood and stopped it from hitting the seat.

Detective Fryer even states in the interview that "it was possible that he put his bloody hand up there."

But still, Anderson put this in the report knowing good and well that my father at some point had a knife and stabbed me and cut me 4 or 5 times and didn't "crawl on the ground being stabbed until he succumbed to his injuries!"

9.
## Franks Violation

The law has clearly been established that when an officer lies on a police report to determine probable cause, the Honorable Court must hold a Franks Hearing. (Franks V. Delaware (1978)

In that hearing the reckless false statements must be removed and the deliberately omitted facts added back to the report and then the report reanalyzed to see if probable cause exist for the alleged crime.

"Whether an officer possesses probable cause or arguable probable cause depends on the elements of the alleged crime and operative fact pattern." Jones V. Cannon, 174 F.3d 1271, 1283 n.4 (11TH Cir. 1999)

I went to this interrogation/interview and cooperated with Detective Anderson and Detective Fryer, and in return they twisted, mischaracterized and fabricated my confession to make me falsely confess to having "evil intent" and falsely showing that I was the aggressor, and recklessly lied to make it sound like I attacked my father when he was defenseless and that he never stabbed me or cut me once. Anderson does this with absolute reckless disregard for the

10. truth.

My father's DNA was found on all 3 knife handles. My father was not stabbed over 20 times to the face/neck area and he didn't have multiple stab wounds to the back. My father was not attacked in the recliner and the Medical Examiner makes it clear all the stab wounds were straight and horizontally, not vertically.

I told the detectives that "my father attacked me by the freezer, I knocked him down, and when I walked toward him, he then grabbed the knife and stabbed me in the inner thigh and I fell on top of him." (ON RECORD VIDEO!!)

Detective Anderson intentionally fabricates this statement and omits me getting attacked first and deliberately omits my father stabbing me and then leaves out my statement about my father getting the second knife! (5 or 6 more defense wounds)

And "there is no way that is self-defense and that is a lot of rage coming out," is an absolute 100% lie that was never stated at all.

How could I say it is not self-defense and then claim "self-defense" for the last 3 years???

"The Constitution prohibits a police officer from making knowingly or recklessly false statements in support of warrants." Kelly V. Curtis, 21 F.3d 1544, 1554 (11TH Cir. 1994)

!!!! This is What the Report Should Have Looked Like!!!

11.

## Report Without Lies

**Part 1**  RD was pronouced deceased at the scene with 13 stab wounds to his head/neck area and one laceration to the back left shoulder. DD was transported to the hospital with 2 possible stab wounds to the inner thigh and multiple lacerations to his left hand, consistent with defense wounds.

**Part 2**  The scene revealed that the deadly altercation happened in front of the recliner and there was a very small stain of blood on the front part of the chair cushion, but there was no blood on the back right side, or arm of the chair and RD had no stab wounds to present a downward departure with a knife from a standing opponent. A 3rd knife was found, but didn't have a pointed configuration and wasn't used to stab.

**Part 3**  DD stated that his father attacked him by the freezer. DD stated he knocked RD to the ground and when he walk toward him, RD grabbed a knife and stabbed DD in the inner thigh. DD stated he fell on top of RD and when he got the knife away from RD, RD got a second knife and the deadly altercation continued, but DD must of blacked out. DD had injuries that collaberated with his story.

**Part 4**  RD and DD both had lacerations between the thumb and index finger that is consistent with a knife slipping. DD had multiple abrasions and bruising and was in ICU for 2 days recovering.

12.    Fair Presentation & Exigent Circumstances

I have exhausted my remedies and given the Honorable Circuit Court fair presentation of this 4TH Amendment Violation. On Dec 6TH, 2022, I told the Honorable Judge Lester I would have this exculpatory evidence by Jan 1rst, 2023 and he refused me an Evidentiary Hearing and told me, he would see me March 17TH, 2023 for the final pretrial, before trial in April. (Also filed multiple motions for last 3 Months

The State Attorney feels it necessary and is determined to prosecute me on an Unconstitutional arrest by a "malicious prosecuting" detective that has "total reckless disregard" for the truth" and is willing to lie to get a Conviction.

The State is willing to prosecute me in "bad faith" and make me sit even longer to appeal this tainted conviction and Unreasonable Seizure.

The higher Courts will see I have been filing motions since as early as August about this 4TH Amendment and Due Process Violation, and I even went "Pro Se" when my lawyer refused to help me restore my federally protected rights to be free from unreasonable Seizures and Malicious prosecution. (On 10/26/22) (I was handed the discovery on 12/6/22 by States Attorney)

13.

"Individuals have a clearly established 4TH Amendment right to be free from malicious prosecution by a [officer] who has made, influenced, or participated in the decision to prosecute the individual. The rights include malicious prosecution in which an officer participates by knowingly or recklessly making false statements that are material to the prosecution in reports or in affidavits filed to secure warrants." King, 852 F.3d at 582-83.

The Circuit Court has done nothing to provide adequate relief for my Constitutional protected rights, I just pray the higher Courts have some kind of remedy to restore true justice.

## OATH

I swear that under the penalty of perjury that the statements in this motion are the absolute truth, so help me God.

## Certificate of Service

I swear and affirm a true copy of this motion has been sent to the CLAY TODAY, and the District Court in Jacksonville, and the Supreme Court, and the Clerk of Courts in Clay County on this 11TH day of January, 2023 by placing it in the U.S. Mail.

14.

Danny Dustin
Danny Dustin 2021006031
500 east Adams St.
Jacksonville, FL 32202

( P.S. I included the F.D.L.E. DNA test just to show, my father's DNA was found on all 3 knife handles)

( Also my mother, Penelope J Dustin has my power of attorney and is getting a copy of the 3hr interview and her and her friend will be writing sworn statements that I did not say those two completely false statements. I should have this added evidence if my sworn statement isn't enough by January 20TH, 2023; then she will be taking the interrogation/interview cd to the "Official Court Reports" and getting it officially transcribed, as well. (Takes 3-4 weeks)

Penelope Dustin
1314 River Ct
Green Cove Springs, FL 32043
(904) 217-9826